UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELIA M. TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17 CV 381 RWS |
| | ) |
| HICKINBOTHAM REAL ESTATE, INC., | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

Plaintiff Angelia Turner and Defendant Hickinbotham Real Estate, Inc. jointly move for court approval of their settlement in Turner's action for unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.  The parties also move to stay the case until defendant has completed the payments required by the settlement agreement and request a hearing on their motions for approval of the settlement and a stay.

Even assuming this settlement agreement requires court approval, *but see, e.g.*, *Trogdon v. Kleenco Maintenance & Construction, Inc.*, 2016 WL 7664285, at *1 (W.D. Ark. Nov. 18, 2016), the parties have not provided all the information required for me to evaluate the basic aspects of the agreement.  "A district court may only approve a settlement agreement and enter a stipulated judgment that includes a waiver of FLSA claims after it determines that the litigation involves a bona fide dispute and that the proposed settlement is fair and equitable to all parties." *Id.* at *2.  Here, the parties describe generally the nature of the disputed issues in the case, but they make no mention of basic information like the alleged numbers of hours of unclaimed overtime, the amount of damages Turner believes she could have recovered for the unpaid overtime, or what documents she reviewed to evaluate her claim for unpaid wages.  *See id.*  As a

result, I will grant the parties' motion for a hearing.  The parties should be prepared to supplement their joint motion with the information necessary for me to evaluate the fairness of the proposed settlement.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion for hearing [22] is **GRANTED**.  A hearing will be held in this matter on **Friday, August 25, 2017 at 11:30 a.m.** in courtroom 16-South.

                         RODNEY W. SIPPEL
                         UNITED STATES DISTRICT JUDGE

Dated this 3rd day of August, 2017.